UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:               Case Number 08-31079 JHW

Debtor: Joseph B. & Priscilla A. Miller

| Check Number | Creditor | Amount |
|---|---|---|
| 1690705 | Wells Fargo Home Mortgage, Inc. | 1,062.14 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   May 11, 2010